UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Spectrum Brands, Inc., a Delaware Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-00627 RLW |
| ) | |
| Compton's, LLC, a Missouri Limited Liability Company, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above styled and numbered case was filed on May 3, 2016 and assigned to the Honorable Ronnie L. White, United States District Judge in the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Henry E. Autrey, United States District Judge, under cause number 2:16-cv-00030.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-00627 RLW be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: May 12, 2016    By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:16-cv-00030 HEA.**